IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01156-MSK-KLM

DAVID L. SMITH, and
M. JULIA HOOK,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Unopposed Motion for a Scheduling Conference** [#38] (the "Motion"). Plaintiffs proceed in this matter as pro se litigants. In the Motion, they request a Scheduling Conference in order to conduct discovery that is allegedly "necessary for Plaintiffs to be able to defend against the United States' motions, assuming that this Court converts [the pending] Rule 12 motions to motions for summary judgment under Rule 56." *Motion* [#38] at 2.

    IT IS HEREBY **ORDERED** that the Motion [#38] is **DENIED without prejudice**. At this time no Rule 12 motion has been converted to a Rule 56 motion, and Plaintiffs have not asserted any other specific discovery that they require to defend against any other pending motion in this case. If a Rule 12 motion is converted to a Rule 56 motion, the Court will allow appropriate discovery at that time.

    Dated:  October 25, 2013