IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01156-MSK-KLM

DAVID L. SMITH, and
M. JULIA HOOK,

     Plaintiffs,

v.

UNITED STATES OF AMERICA,

     Defendant.

_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Plaintiffs' **(Second) Motion for Order Joining the Colorado Department of Revenue as a Required Party Defendant** [#30];[1] on Plaintiffs' **(Second Supplemental Motions for Temporary and Preliminary Injunctive Relief and/or for Issuance of a Writ of Prohibition and/or Mandamus; (Second) Request for a Stay of All Collection Actions by the Colorado Department of Revenue Pending Resolution of Plaintiffs' (Second) Supplemental Motions** [#31]; on Plaintiffs' **Supplemental/Amended Motion for Reconsideration Identifying the Documents and/or Electronically Store Information Required by the Court** [#45]; on Plaintiffs' **Verified Emergency Motion for Sanctions Pursuant to Fed. R. Civ. P. 37(d)** [#53]; on Plaintiffs' **[Motion to Supplement With] "Transcript of the Testimony of United States of America November 20, 2013" Supplementing and Supporting Plaintiffs' Verified Emergency Motion for Sanctions Pursuant to Fed. R. Civ. P. 37(d)** [#56] (collectively, the "Motions"). In light of the pending Recommendation of United States Magistrate Judge [#60] recommending that this case be dismissed,

     IT IS HEREBY **ORDERED** that the Motions [#30, #31, #45, #53, #56] are **DENIED as moot**.

     Dated: February 6, 2014

---

[1] "[#30]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.