**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 13-cv-01156-RM-KLM

DAVID L. SMITH, and
M. JULIA HOOK,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____

**ORDER DENYING MOTION FOR RECONSIDERATION (ECF NO. 94)**
_____

    THIS MATTER comes before the Court on Plaintiffs' Motion for Reconsideration of Order Denying Motion to Disqualify United States Magistrate Judge Kristen L. Mix (ECF No. 94).

    The Court has considered the motion and finds within it nothing which merits or justifies reconsideration. Rather, the motion simply repeats the allegations of the original motion to disqualify (ECF No. 77). Repetitive statements of Plaintiffs' position do not make that position more compelling. I have addressed the matter in a prior order (ECF No. 90), and nothing in the instant motion supports reconsideration.

    Accordingly, it is hereby ORDERED:

That Plaintiffs' Motion for Reconsideration (ECF No. 94) is DENIED.

DATED this 30th day of June, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge