IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01156-RM-KLM

DAVID L. SMITH, and
M. JULIA HOOK,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **(Second) Motion for Sanctions Pursuant to Fed. R. Civ. P. 37** [#78], on Plaintiffs' **(Second) Motion for a Scheduling Conference and Scheduling Order Pursuant to Fed. R. Civ. P. 16 and D.C. Colo. LcivR 16.1** [#84], on Defendant's **Motion to Consolidate** [#93], on Plaintiffs' **Verified Emergency Motion for a Temporary Restraining Order and/or a Preliminary Injunction, and Request for an Evidentiary Hearing** [#96], and on Plaintiffs' **Motion to Supplement [ ] Their Verified Emergency Motion for a Temporary Restraining Order and/or a Preliminary Injunction, and Request for an Evidentiary Hearing** [#98].

    IT IS HEREBY **ORDERED** that Plaintiffs' (Second) Motion for Sanctions Pursuant to Fed. R. Civ. P. 37 [#78] is **DENIED**. Plaintiffs' request is based on alleged conferral and discovery abuse. However, due to the filing of dispositive motions based primarily on jurisdictional issues, a Scheduling Conference has not been held and formal discovery has not begun in this lawsuit. Thus, there is no basis on which to enter sanctions against Defendant.

    IT IS FURTHER **ORDERED** that Plaintiffs' (Second) Motion for a Scheduling Conference and Scheduling Order Pursuant to Fed. R. Civ. P. 16 and D.C. Colo. LcivR 16.1 [#84] is **DENIED as moot**. The Court has issued a Recommendation [#101] that this matter be dismissed in its entirety. Thus, there is no need to hold a Scheduling Conference or enter a Scheduling Order.

    IT IS FURTHER **ORDERED** that Defendant's Motion to Consolidate [#93] is **DENIED**

**as moot** based on the pending Recommendation [#101] that the present matter be dismissed in its entirety.

IT IS FURTHER **ORDERED** that Plaintiffs' Verified Emergency Motion for a Temporary Restraining Order and/or a Preliminary Injunction, and Request for an Evidentiary Hearing [#96] is **DENIED as moot** based on the pending Recommendation [#101] that this matter be dismissed in its entirety.

IT IS FURTHER **ORDERED** that Plaintiffs' Motion to Supplement [ ] Their Verified Emergency Motion for a Temporary Restraining Order and/or a Preliminary Injunction, and Request for an Evidentiary Hearing [#98] is **DENIED as moot** based on the denial of Plaintiffs' Verified Emergency Motion for a Temporary Restraining Order and/or a Preliminary Injunction, and Request for an Evidentiary Hearing [#96].

Dated:  July 11, 2014